# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY HERNANDEZ, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>INDUSTRIAL FINISHES AND SYSTEMS, INC., an Oregon corporation,<br><br>        Defendant.<br>―――――――――――――――――――<br>INDUSTRIAL FINISHES AND SYSTEMS, INC., an Oregon corporation,<br><br>        Counter Claimant,<br><br>   v.<br><br>JOHNNY HERNANDEZ, an individual,<br><br>        Counter Defendant.<br>――――――――――――――――――― | Case No.: 1:21-cv-00460-AWI-JLT<br><br>ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE |

    Despite that the Court issued the case schedule less than a month ago and despite that the parties did not believe settlement could be achieved absent some discovery (Doc. 11 at 6), the parties have now agreed to participate in mediation in August, and they wish to do so without expending resources on initial discovery. (Doc. 14) Good cause appearing, the Court **ORDERS** the case schedule amended as follows:

1

1. The parties SHALL make their initial disclosures no later than October 1, 2021.

2. The deadline to seek amendments to the pleadings, either through a stipulation or a motion not amend, no later than November 5, 2021.

3. The mid-discovery status conference is CONTINUED to December 3, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated: __**July 8, 2021**__            _ **/s/ Jennifer L. Thurston**
                                           CHIEF UNITED STATES MAGISTRATE JUDGE