Dennis D. Strazulo (SBN 124695)
Carla Vasques Dos Santos-Moore (SBN 241883)
**O'HAGAN MEYER**
221 Caledonia Street
Sausalito, California 94965
Telephone: 415.578.6900
Facsimile:  415.578.6910
Email:  dstrazulo@ohaganmeyer.com
        cmoore@ohaganmeyer.com

Attorneys for Defendant
INDUSTRIAL FINISHES AND SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY HERNANDEZ, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>INDUSTRIAL FINISHES AND SYSTEMS, INC., an Oregon corporation, and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>INDUSTRIAL FINISHES AND SYSTEMS, INC., an Oregon corporation,<br><br>    Counter-Claimant,<br><br>    v.<br><br>JOHNNY HERNANDEZ, an individual, and DOES 11-30, inclusive,<br><br>    Counter-Defendants. | Case No. 1:21-CV-00460-AWI-JLT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br>**(Doc. 18)** |

Defendant and Counter-Claimant Industrial Finishes and Systems, Inc. ("Defendant") and Plaintiff and Counter-Defendant Johnny Hernandez ("Plaintiff," and collectively with IFS, the

"Parties"), through their below undersigned counsel of record, submit this stipulation and proposed order to allow Plaintiff to file a first amended complaint in this action.  The basis for this stipulation and proposed order is as follows:

WHEREAS, on January 28, 2021, Plaintiff filed a complaint for breach of contract and breach of covenant of good faith and fair dealing against Defendant;

WHEREAS the Court's order granting stipulation to amend the case schedule allows the filing of a requested amended pleading through stipulation by no later than November 5, 2021 (ECF Doc No. 15);

WHEREAS Plaintiff seeks to file a first amended complaint setting forth an additional cause of action for failure to pay wages in violation of California Labor Code sections 201 et seq. and including a prayer for attorney's fees and costs under California Labor Code section 218.5;

WHEREAS a copy of Plaintiff's proposed first amended complaint is attached hereto as Exhibit "A."

THEREFORE, the Parties, by and through their respective counsel of record, agree and stipulate and respectfully request the Court's approval as follows:

1. That Plaintiff should be granted leave to amend to file his first amended complaint, a copy of which is attached hereto as Exhibit "A."

IT IS SO STIPULATED.

DATED: 9/9/2021                Respectfully Submitted,

THE AZAT LAW GROUP

/s/ Issa Y. Azat, Jr.
MICHAEL O. AZAT
ISSA Y. AZAT, JR.
Attorneys for Plaintiff and Cross-Defendant
JOHNNY HERNANDEZ

///

DATED: 9/9/2021                     Respectfully Submitted,

                                    O'HAGAN MEYER

                                    /s/ Carla Vasques dos Santos-Moore
                                    DENNIS D. STRAZULO
                                    CARLA VASQUES DOS SANTOS-MOORE
                                    Attorneys for Defendant
                                    INDUSTRIAL SYSTEMS AND FINISHES, INC.


DATED:    9/9/2021                  Respectfully Submitted,

                                    SUTTON HAGUE LAW CORPORATION, P.C.

                                    /s/ Jonathan W. Black.
                                    S. BRETT SUTTON
                                    JARED HAGUE
                                    JONATHAN W. BLACK
                                    Attorneys for Counter-Claimant
                                    INDUSTRIAL SYSTEMS AND FINISHES, INC.


Pursuant to Stipulation, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted leave to file his first amended complaint, a copy of which is attached hereto as Exhibit "A."

IT IS SO ORDERED.

   Dated:  **September 12, 2021**              **_ /s/ Jennifer L. Thurston**
                                    CHIEF UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT