1  Dennis D. Strazulo (SBN 124695)
   Carla Vasques Dos Santos-Moore (SBN 241883)
2  **O'HAGAN MEYER**
   221 Caledonia Street
3  Sausalito, California 94965
   Telephone: 415.578.6900
4  Facsimile:  415.578.6910
   Email:  dstrazulo@ohaganmeyer.com
5            cmoore@ohaganmeyer.com

6  Attorneys for Defendant
   INDUSTRIAL FINISHES AND SYSTEMS, INC.
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  JOHNNY HERNANDEZ, an individual,          Case No. 1:21-CV-00460-AWI-JLT

12          Plaintiff,                        **ORDER CLOSING THE ACTION**

13          v.                                (Doc. 21)

14  INDUSTRIAL FINISHES AND SYSTEMS,
    INC., an Oregon corporation, and DOES 1-10,
15  inclusive,

16          Defendants.

17

18  ─────────────────────────────

19  INDUSTRIAL FINISHES AND SYSTEMS,
    INC., an Oregon corporation,
20
            Counter-Claimant,
21
            v.
22
    JOHNNY HERNANDEZ, an individual, and
23  DOES 11-30, inclusive,

24          Counter-Defendants.

25

26          IT IS HEREBY STIPULATED by and between Plaintiffs JOHNNY HERNANDEZ and

27  INDUSTRIAL FINISHES AND SYSTEMS, INC., by and through their respective counsel of record,

28  that this action be dismissed in its entirety, including the Complaint and Counter-Claim and any and

                                          1

all claims for relief in the above-referenced matter, WITH PREJUDICE, pursuant to Federal Rules of
Civil Procedure 41(a)(1)(A)(ii).

            IT IS HEREBY SO AGREED.


DATED:  10/27/2021                          Respectfully submitted,

                                            THE AZAT LAW GROUP

                                            /s/ Issa Y. Azat, Jr.
                                            MICHAEL O. AZAT
                                            ISSA Y. AZAT, JR.
                                            Attorneys for Plaintiff and Counter-Defendant
                                            JOHNNY HERNANDEZ


DATED:  10/27/2021                          Respectfully submitted,

                                            O'HAGAN MEYER

                                            /s/ Carla Vasques dos Santos-Moore
                                            DENNIS D. STRAZULO
                                            CARLA VASQUES DOS SANTOS-MOORE
                                            Attorneys for Defendant
                                            INDUSTRIAL SYSTEMS AND FINISHES, INC.


DATED: 10/27/2021                           Respectfully submitted,

                                            SUTTON HAGUE LAW CORPORATION, P.C.

                                            /s/ Jonathan W. Black
                                            S. BRETT SUTTON
                                            JARED HAGUE
                                            JONATHAN W. BLACK
                                            Attorneys for Counter-Claimant
                                            INDUSTRIAL SYSTEMS AND FINISHES, INC.

STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AND [proposed] ORDER THEREON

1

## <u>ORDER</u>

2          The parties have stipulated to the entire action being dismissed with prejudice.  (Doc. 21)

3   The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with

4   further order of the Court.  <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).

5   Accordingly, the Clerk of Court is DIRECTED to close this action.

6
7   IT IS SO ORDERED.

8          Dated:   __**October 28, 2021**__                      _____ **/s/ Jennifer L. Thurston**
9                                                           CHIEF UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AND [proposed] ORDER THEREON